**Dismiss and Opinion Filed March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01585-CV

### SUSAN ANN FISHER, Appellant
### V.
### MEDICAL CENTER OF PLANO, CYNTHIA CARTER, R.N., ANNE W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T., Appellees

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01024-2014**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellees' February 13, 2015, motion to dismiss for lack of jurisdiction. For the following reasons, we grant the motion and dismiss this appeal.

In case No. 05-14-01441-cv, appellant appealed an order of the trial court dated October 17, 2014, that dismissed her medical liability claims against two physicians for failure to comply with chapter 74 of the Texas Civil Practice and Remedies Code. While that appeal was pending, appellant filed this case appealing two more orders of the trial court dated November 14, 2014, that dismissed her medical liability claims against Medical Center of Plano, Cynthia Carter, R.N., Anne Handley, R.N., and Ray Delgadillo, R.T.

In this Court's opinion of appellant's appeal against the physicians, we explained that we do not have jurisdiction over appellant's appeal because claims remain against a defendant in the

suit below. *See Fisher v. Medical Center of Plano, et al.*, No. 05-14-01441-CV, 2015 WL 73441 (Tex. App.—Dallas Jan. 6, 2015, no pet. h.) (mem. op.). The trial court has neither rendered final judgment nor signed an appealable interlocutory order in this case. *Id*. For the same reasons, this Court lacks jurisdiction over this appeal. We **DISMISS** this appeal.

141585F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SUSAN ANN FISHER, Appellant

No. 05-14-01585-CV     V.

MEDICAL CENTER OF PLANO,
CYNTHIA CARTER, ANN W.
HANDLEY, R.N. AND RAY J.
DELGADILLO, R.T., Appellees

On Appeal from the 296th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 296-01024-2014.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee MEDICAL CENTER OF PLANO, CYNTHIA CARTER, ANN W. HANDLEY, R.N. AND RAY J. DELGADILLO, R.T. recover their costs of this appeal from appellant SUSAN ANN FISHER.

Judgment entered March 18, 2015.